**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO.   3:12cr83/MCR/EMT
                                                       3:13cv616/MCR/EMT

JAIME ALEXANDER SORIANO-GARCIA

_____/

**O R D E R**

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 27, 2014.  (Doc. 41).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.    The Government's motion to dismiss (doc. 35) is **GRANTED**.

     3.    Defendant's motion to vacate, set aside, or correct sentence (doc. 32), alternatively construed as a motion for a writ of error coram nobis, is **DENIED**.

     4.    A certificate of appealability is **DENIED**.

     **DONE AND ORDERED** this 7th day of July, 2014.

          s/ *M. Casey Rodgers*
          **M. CASEY RODGERS**
          **CHIEF UNITED STATES DISTRICT JUDGE**